UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDDY PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>GATEWAY REGIONAL MEDICAL CENTER,<br><br>    Defendants. | Case No. 3:25-cv-727-JPG |

### **MEMORANDUM AND ORDER**

This matter comes before the Court on preliminary review of jurisdiction. The Plaintiff has filed this case in federal court. The Plaintiff alleges that this court has diversity jurisdiction over this case, however, there are flaws within the complaint that require clarification.

First, the Plaintiff claims that he is a resident of Missouri. Residence is irrelevant; Citizenship is what matters and thus must be explicitly pled. Citizenship of a natural person is established by their domicile, thus, the Plaintiff must plead that information.

Second, the Plaintiff claims that the Defendant is located within the state of Illinois. Yet, the location of a business—similar to a person's residence—is irrelevant to jurisdiction; citizenship must be explicitly pled. Citizenship of a business is established by the state of organization *and additionally* the principal place of business. However, the Plaintiff's civil cover sheet only asserts that the Defendant is "Incorporated *or* [has its] Principal Place of Business In [Illinois]," (Doc. 1, Ex. 3).

Even if the Court assumes the Plaintiff is a citizen of Missouri and assumes that the Defendant is a citizen of Illinois in one respect, the Defendant could be incorporated or have their principal place of business in Missouri; which would destroy diversity.

Accordingly, the Defendants are **ORDERED** to file a supplement, or alternatively, an amended Complaint adequately pleading both parties' citizenship, within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED.**
**DATED:  May 1, 2025**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
