# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDDY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 3:25-cv-00727-JPG |
| ) | |
| GATEWAY REGIONAL MEDICAL ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT GATEWAY REGIONAL MEDICAL CENTER'S MOTION TO DISMISS PLAINTIFF FREDDY PARKER'S FIRST AMENDED COMPLAINT

Defendant Gateway Regional Medical Center ("Gateway" or "Defendant"), by and through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court for an Order dismissing Plaintiff Freddy Parker's ("Parker" or "Plaintiff") First Amended Complaint for failure to state a claim.  This Motion is accompanied by Gateway's contemporaneously filed Memorandum of Law, which is incorporated by reference as if fully restated herein.

Respectfully submitted this 5th day of September, 2025.

                                         Richard J. Behr, #06202433
                                         EVANS & DIXON, LLC
                                         211 N. Broadway, Suite 2500
                                         St. Louis, MO  63102
                                         Phone : (314) 552-4048
                                         Fax: (314) 884-4448
                                         rbehr@evans-dixon.com

*/s/ Erin Pelleteri Howser*
Erin Pelleteri Howser,
  Admitted *Pro Hac Vice*
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
(504) 566-5200 – telephone
(504) 636-4000 – facsimile
epelleteri@bakerdonelson.com

Cayman L. Caven,
  Admitted *Pro Hac Vice*
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, AL  35205
(205) 250-8364 – telephone
(205) 322-8007 – facsimile
ccaven@bakerdonelson.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that I have filed a true and correct copy of the foregoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Respectfully submitted this 5th day of September, 2025.

*/s/ Erin Pelleteri Howser*
Erin Pelleteri Howser

*Attorney for Defendant*